**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
v. ) CR 1:96-00073-001
)
Stephen Farley )

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before Senior U.S. District Judge Ronald R. Lagueux, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant's term of supervision expired on May 22, 2005 by this Court,

it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 6 day of June 2005.

ENTER:

Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
6/7/05

PER ORDER:

B J Greif
Deputy Clerk